[No. 5176.]
[No. 2780 C. A.]

## LAMPMAN ET AL. v. BUMP ET AL.

**Appellate Practice—Not Complying With Rules—Expiration of Time to Amend—Dismissal.**

Where appellants failed to comply with the rules of the appellate court in the preparation of their abstract of record, and a motion to dismiss upon such ground was overruled and appellants were given time to amend, upon failure to amend within the time given, the appeal will be dismissed.—P. 149.

*Appeal from the District Court of Teller County. Hon. Chas. C. Holbrook, Judge.*

Action by H. A. Bump and W. J. Hill, partners, doing business under the firm name and style of Bump & Hill, against Oscar Lampman, E. M. Turner, J. Knox Burton and Charles H. Berry. From a judgment for plaintiffs, defendants appeal.

*Dismissed.*

Mr. FRANK J. HANGS, for appellants.

Mr. JAMES J. McFEELEY, for appellees.

Mr. JUSTICE STEELE delivered the opinion of the court:

Judgment was rendered against the appellants in the district court of Teller county. They appealed to the court of appeals. In that court appellees moved to dismiss the appeal, upon the ground that the appellants, in the preparation of their abstract of record, had not complied with the rules of that court. The court of appeals denied the motion to dismiss, and at the same time ordered: "That appellants have leave to amend the errors in the printed abstract within thirty days." The thirty

days having expired, and the appellants having failed to correct the abstract of record, the appeal must be dismissed.                     *Dismissed.*

CHIEF JUSTICE GABBERT and Mr. JUSTICE CAMPBELL concur.